UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM CARTER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-cv-03282-JFM |
| v. | ) ) | |
| COLONY CAPITAL, INC., *et al.* | ) ) | |
| Defendants. | ) ) ) | |
| | | |
| JACK BOOTHE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-cv-03742-JFM |
| v. | ) ) | |
| NORTHSTAR REALTY FINANCE CORP., *et al.* | ) ) ) | |
| Defendants. | ) | |
| CINDY KESSLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-cv-03745-JFM |
| v. | ) ) | |
| NORTHSTAR ASSET MANAGEMENT GROUP, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF YELENA TREPETIN IN SUPPORT OF PLAINTIFFS' UNOPPOSED JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS**

I, Yelena Trepetin, declare as follows:

1. I am an associate with the law firm Brower Piven, A Professional Corporation, Plaintiff's counsel and Class Counsel in this case, and a member in good standing of the bar of the State of Maryland. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto. I submit this declaration in support of the unopposed motion filed by plaintiffs William Carter, Jack Boothe and Cindy Kessler for preliminary approval of settlements.

2. Attached hereto are true and correct copies of the following exhibits:

> Exhibit 1: The Stipulation of Settlement in *Carter v. Colony Capital, Inc.*, No. 1:16-cv-03282-JFM, dated June 30, 2017, with exhibits;
>
> Exhibit 2: The Stipulation of Settlement in *Boothe v. Northstar Realty Finance Corp.*, No. 1:16-cv-03742-JFM, dated June 30, 2017, with exhibits;
>
> Exhibit 3: The Stipulation of Settlement in *Kessler v. Northstar Asset Management Group, Inc.*, No. 1:16-cv-03745-JFM, dated June 30, 2017, with exhibits;
>
> Exhibit 4: The Firm Resume of Brower Piven, A Professional Corporation;
>
> Exhibit 5: The Firm Resume of Monteverde & Associates PC;
>
> Exhibit 6: The Firm Resume of Faruqi & Faruqi, LLP; and
>
> Exhibit 7: The Firm Resume of Ademi & O'Reilly, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of June, 2017, Stevenson, Maryland.

                                                  */s/ Yelena Trepetin* _____
                                                  Yelena Trepetin (Md. Fed. Bar No. 28706)